Upon review of the plaintiff's pleadings and the applicable law, the undersigned conclude that the defendants have shown good grounds to reconsider and reverse the aforesaid order; therefore, the Full Commission hereby enters the following
 FINDINGS AND CONCLUSIONS
1. The defendants' motion pursuant to Rules 12(b)(1), (2), (4), (5) and (6) of the North Carolina Rules of Civil Procedure should be allowed.
Based upon the foregoing findings and conclusions, the Full Commission enters the following
 ORDER
1. The order of Commissioner Ballance filed herein on August 21, 1997 is hereby reversed.
2. The defendants' motion pursuant to Rules 12 (b) (1), (2), (4), (5) and (6) of the North Carolina Rules of Civil Procedure is hereby allowed.
3. The plaintiff's claim is hereby dismissed.
4. Each side shall pay its own costs.
 S/ ________________________ THOMAS J. BOLCH COMMISSIONER
CONCURRING:
S/ ______________________ DIANNE C. SELLERS COMMISSIONER
DISSENTING:
S/ ______________________ CIIRISTOPHER L. SCOTT COMMISSIONER